**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN RICHARDSON,

                Plaintiff,

-v-

NANCY A. BERRYHILL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

18 **CIVIL** 8394 (PED)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 15, 2019, that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        November 18, 2019

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

BY:

                                        **Deputy Clerk**